LAW OFFICE OF GREGORY JAVARDIAN, LLC
BY:   MARY F. KENNEDY, ESQUIRE
ID# 77149
1310 Industrial Blvd.
1st Floor, Ste. 101
Southampton, PA  18966
(215) 942-9690
Attorney for Citizens Bank, N.A. f/k/a RBS Citizens, N.A. s/b/m to CCO Mortgage Corp. f/k/a Charter One Credit Corporation f/k/a Equity One Credit Corporation

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Divia D. Hairston<br>        Debtor(s) | Chapter 13 Proceeding<br><br>1-19-01494 HWV |
| Citizens Bank, N.A. f/k/a RBS Citizens, N.A. s/b/m to CCO Mortgage Corp. f/k/a Charter One Credit Corporation f/k/a Equity One Credit Corporation<br>        Movant<br><br>v.<br><br>Divia D. Hairston<br>and<br>Charles J. DeHart, III, Esquire<br>        Respondent | |

**CERTIFICATION OF NON-CONCURRENCE**

MARY F. KENNEDY, counsel for Citizens Bank, N.A. f/k/a RBS Citizens, N.A. s/b/m to CCO Mortgage Corp. f/k/a Charter One Credit Corporation f/k/a Equity One Credit Corporation, creditor, hereby certifies she has sought concurrence in Motion for Relief from debtor's counsel, Charles E. Petrie and the Trustee, Charles J. DeHart, III and it has not been granted.

LAW OFFICE OF
GREGORY JAVARDIAN, LLC

By: /s/ Mary F. Kennedy, Esquire