```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                              Case No. 19-01494-HWV
Divia D Hairston                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar              Page 1 of 1              Date Rcvd: Nov 07, 2019
                              Form ID: ordsmiss          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
```
db              +Divia D Hairston,    3227 Wayne Street,    Harrisburg, PA 17111-1316
5184033          CITIZENS ONE HOME LOANS,    PO BOX 2800,    GLEN ALLEN, VA 23058-2800
5198929         +Citizens Bank, N.A. f/k/a RBS Citizens,,    N.A. s/b/m to CCO Mortgage Corp. f/k/a,
                  Charter One Credit Corporation, et al,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
5184034         +KML LAW GROUP PC,    701 MARKET STREET STE 5000,    PHILADELPHIA, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5193142         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 19:11:42      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5184035         E-mail/Text: camanagement@mtb.com Nov 07 2019 19:09:36       M & T Bank,    One Fountain Plaza,
                  Buffalo, NY 14203
5211977         E-mail/Text: camanagement@mtb.com Nov 07 2019 19:09:36       M&T Bank,    PO Box 840,
                  Buffalo, NY 14240-0840
5212641         EDI: PRA.COM Nov 08 2019 00:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
```
              Charles E. Petrie    on behalf of Debtor 1 Divia D Hairston petriebkcy@aol.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Mary F Kennedy    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com, tami@javardianlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Divia D Hairston, | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–01494–HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: November 7, 2019

By the Court,

*/s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

ordsmiss (05/18)